UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:20-CV-22533-MARTINEZ/OTAZO-REYES

GLADYS LAZARA CASTANEDA,

     Plaintiff,

vs.

DIAMOND HEALTH MEDICAL CARE CENTER, INC., and
GUILLERMO ORTEGA,

     Defendants.

_____/

**PLAINTIFF'S NOTICE OF RULE 41**
**VOLUNTARY DISMISSAL *WITH PREJUDICE***

Plaintiff hereby notices the voluntary dismissal of this action **with prejudice** pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i). *See Anago Franchising, Inc. v. Shaz*, LLC, 677 F.3d 1272 (11th Cir. 2012) ("a stipulation filed pursuant to that subsection is self-executing and dismisses the case upon its becoming effective".)

Respectfully submitted this 25th day of August 2020.

Brian H. Pollock, Esq.
Brian H. Pollock, Esq. (174742)
brian@fairlawattorney.com
FAIRLAW FIRM
7300 N. Kendall Drive
Suite 450
Miami, FL 33156
Tel:   305.230.4884
*Counsel for Plaintiff*
